**Gerry JOHNS, Plaintiff-Appellant,**

v.

**J. ZAMORA, Registered Nurse, Defendant-Appellee.**

**No. 17-55623**

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed November 1, 2017

Gerry Johns, Pro Se

Terry Price, Deputy Attorney General, AGCA—Office of the Attorney General (San Diego), San Diego, CA, for Defendant-Appellee

Before: LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Gerry Johns, a California state prisoner, appeals pro se from the district court's

summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Johns failed to raise a genuine dispute of material fact as to whether defendant Zamora was deliberately indifferent in treating Johns' forearm injury. *See id.* at 1057-60 (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health; negligence and a mere difference in medical opinion are insufficient to establish deliberate indifference); *Hallett v. Morgan*, 296 F.3d 732, 746 (9th Cir. 2002) (prisoner alleging deliberate indifference based on delay in treatment must show that delay led to further injury).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.